# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAWNI MCCROSKY, INDIVIDUALLY
AND AS THE NATURAL PARENT OF
LYAM MCCROSKY, A MINOR,
Petitioner,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES TODD RUSSELL,
DISTRICT JUDGE,
Respondents,
and
CARSON TAHOE REGIONAL
MEDICAL CENTER, A NEVADA
BUSINESS ENTITY,
Real Party in Interest.

No. 68881

FILED

JAN 2 6 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This is an original petition for a writ of mandamus challenging district court orders granting partial summary judgment and a motion to include a settled codefendant on the verdict form in a medical malpractice action. Having considered the petition, we are not persuaded that petitioner has met her burden to demonstrate that our extraordinary discretionary intervention is warranted. NRS 34.160; *Piroozi v. Eighth Judicial Dist. Court*, 131 Nev., Adv. Op. 100, ___ P.3d ___, ___ (2015) (concluding that under NRS 41A.045, a district court is "required to permit [a defendant] the opportunity to argue the comparative fault of the settled defendants and include those defendants' names and an assignment of their percentage of fault on the jury verdict forms"); *Pan v.*

*Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (providing that an appeal is generally an adequate legal remedy precluding writ relief); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Douglas

cc:   Hon. James Todd Russell, District Judge
      Durney & Brennan/Reno
      Carroll, Kelly, Trotter, Franzen, & McKenna & Peabody
      Carson City Clerk